UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

Debtor.
_____/

MIRABILIS VENTURES, INC.,

Plaintiff,

ADV. PRO. NO.: 6:08-ap-00227-KSJ

v.

BUCHANAN, INGERSOLL, & ROONEY,
P. L..; SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P. A.; and HANS C.
BEYER, An individual and as Attorney/Agent with
BUCHANAN, INGERSOLL & ROONEY and SAXON,
GILMORE, CARRAWAY, GIBBONS, LASH AND
WILCOX,

Defendants.
_____/

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Mirabilis Ventures, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

NONE

All corporate interests are located at 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire
Florida Bar No.: 0600547
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Tel: 407-481-5800 / Fax: 407-481-5801
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

    Debtor.

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

_____/

MIRABILIS VENTURES, INC.,

    Plaintiff,

ADV. PRO. NO.: 6:08-ap-00227-KSJ

v.

BUCHANAN, INGERSOLL, & ROONEY,
P. L.,; SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P. A.; and HANS C.
BEYER, An individual and as Attorney/Agent with
BUCHANAN, INGERSOLL & ROONEY and SAXON,
GILMORE, CARRAWAY, GIBBONS, LASH AND
WILCOX,

    Defendants.

_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. First Class Mail, postage prepaid, to: Managing Partner, Buchanan, Ingersoll, & Rooney, P.C., Sun Trust Financial Center, 401 E. Jackson Street, Suite 2500, Tampa, FL 33602-5236; Managing Partner, Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A., 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602-5819; Hans C. Beyer, c/o Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A., 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602-5819; and to the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 this 31st day of December 2008.

                                                       /s/ Elizabeth A. Green
                                                       Elizabeth A. Green, Esq.