UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

    Debtor.
_____/

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.

BUCHANAN, INGERSOLL, & ROONEY,
P. L.,; SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P. A.; and HANS C.
BEYER, An individual and as Attorney/Agent with
BUCHANAN, INGERSOLL & ROONEY and SAXON,
GILMORE, CARRAWAY, GIBBONS, LASH AND
WILCOX,

    Defendants.
_____/

ADV. PRO. NO.: 6:08-ap-00227-KSJ

## AGREED ORDER GRANTING MOTION TO DISMISS

THIS CAUSE having come before the Court regarding Defendants', BUCHANAN, INGERSOLL & ROONEY, P. C. ("BIR"); SAXON, GILMORE, CARRAWAY; GIBBONS, LASH & WILCOX, P. A. ("Saxon Gilmore") and HANS C. BEYER ("BEYER"), individually and as Attorney/Agent with BUCHANAN, INGERSOLL & ROONEY, P.C., and SAXON, GILMORE, CARRAWAY, GIBBONS, LASH & WILCOX, P. A. (collectively, "Defendants") Motions to Dismiss Compliant ("Motions to Dismiss") (Adv. Doc. No. 15, Adv. Doc. No. 17, Adv. Doc. No. 20), taking notice that Plaintiff, MIRABILIS VENTURES, INC. ("MVI") agrees to the entry of this

1

order as it will be amending said complaint, and otherwise being fully informed in the premises, it is hereby:

**ORDERED:**

1. Defendants' Motions to Dismiss are granted, without prejudice.

2. MVI shall have fourteen (14) days from the date of this order to file its amended complaint with this Court.

3. Counsel for the Defendants will accept service of MVI's Amended Complaint and shall have thirty (30) days from the date of service to respond to MVI's Amended Complaint.

**DONE AND ORDERED** on March 4, 2009.

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies to:

**David B. King, Esq**. and **Thomas A Zehnder, Esq.**, King Blackwell Downs & Zehnder PA, 25 East Pine Street, Orlando, FL 32801;

**Joseph H. Varner, III, Esq.,** Knopik Varner Moore, One Harbour Place Suite 800, 777 S. Harbour Island Blvd., Tampa, FL 33602;

Counsel for the Plaintiff, **Elizabeth A. Green, Esq.**, Latham, Shuker, Eden & Beaudine, LLP, 390 N. Orange Avenue, Suite 600, Orlando, Florida 32801; and

Mirabilis Ventures, Inc., c/o **R.W. Cuthill, Jr.**, 341 Maitland Blvd., Suite 120, Maitland, Florida 32751.