**Frank Hailstones (M)**

*[handwritten notes at top right: "FA Nothing to MI — hold with Whitehole — by next Friday."]*

| | |
|---|---|
| **From:** | Brian Fischer |
| **Sent:** | Thursday, March 09, 2006 3:18 PM |
| **To:** | Hans Beyer |
| **Cc:** | Frank Hailstones (M); Paul Glover; Allen Archer; Richard Berman; Shane Williams |
| **Subject:** | Cadent - Reorganization |
| **Importance:** | High |

Hans,

We are pending a wire transfer from Claredon in the amount of $327,236.36 for Med Impact. My understanding is we are going to pay Med Impact current charges and plan for back owed. Here is the current Med Impact arrearage;

```
CHS02 50641   I  -147,251.42 02/23/2006
CHS02 50640   I  -154,535.09 02/09/2006
CHS02 50639   I  -133,331.76 01/26/2006
CHS02 50638   I  -122,120.87 01/12/2006
CHS02 50637   I  -106,794.75 12/28/2005
CHS02 50636   I  -130,217.50 12/15/2005
```

Balance due $794,251.39

*[handwritten note: "BF → wants to pay to Med I past + understands payment plan for new monies overdue, can be pay new monies"]*

My understanding is that we are going to pay current monies but nothing towards the arrearage until it is made part of the plan.

Understand that Med Impact pays oldest first and they do not pay until payment for the entire batch is received. This means Med Impact will not pay any further bills until they receive 130,217.50. Once they receive that amount of money, then they will release payment for that billing period. If they receive payment but it does not total an outstanding batch they hold the funds until the full payment is received.

We can pay current bills however, Med Impact will apply the money according to their own policy. Obviously, we do not want to be guilty of what was done in the past in not releasing governmental trust monies. Therefore, I suggest we simply pay them the 327,236.36 when received. They will pay the 12/15 and 12/28 batch of bills and will have 90,224.11 leftover that they will hold until we receive the next payment from Claredon and send them more money.

Please advise if this is how this should be handled?

Please advise who should be included in the email loop on questions regarding Cadent reorganization? I am not sure so I am copying everyone I can think of that may have some involvement in this.


Brian


Brian S. Fischer
Sr. Vice President - Insurance
Mirabilis Ventures, Inc.
bfischer@mirabilisventures.com
561 683-5559 ofc
561 683-7415 fax
561 541-2459 cell


3/10/2006                                    **EXHIBIT "E"**

**Frank Hailstones (M)**

*FA Nothg to MI - told written - by next fridy.*

| | |
|---|---|
| From: | Brian Fischer |
| Sent: | Thursday, March 09, 2006 3:18 PM |
| To: | Hans Beyer |
| Cc: | Frank Hailstones (M); Paul Glover; Allen Archer; Richard Berman; Shane Williams |
| Subject: | Cadent - Reorganization |
| Importance: | High |

Hans,

We are pending a wire transfer from Claredon in the amount of $327,236.36 for Med Impact. My understanding is we are going to pay Med Impact current charges and plan for back owed. Here is the current Med Impact arrearage;

```
CHS02 50641  1  -147.251.42 02/23/2006
CHS02 50640  1  -154.535.09 02/09/2006
CHS02 50639  1  -133,331.76 01/26/2006
CHS02 50638  1  -122,120.87 01/12/2006
CHS02 50637  1  -106,794.75 12/28/2005
CHS02 50636  1  -130,217.50 12/15/2005
```

Balance due $794,251.39

*BF - wants to pay new monies to med + past. Understands past overdue, but payment plan can be put new month*

My understanding is that we are going to pay current monies but nothing towards the arrearage until it is made part of the plan.

Understand that Med Impact pays oldest first and they do not pay until payment for the entire batch is received. This means Med Impact will not pay any further bills until they receive 130,217.50. Once they receive that amount of money, then they will release payment for that billing period. If they receive payment but it does not total an outstanding batch they hold the funds until the full payment is received.

We can pay current bills however, Med Impact will apply the money according to their own policy. Obviously, we do not want to be guilty of what was done in the past in not releasing governmental trust monies. Therefore, I suggest we simply pay them the 327,236.36 when received. They will pay the 12/15 and 12/28 batch of bills and will have 90,224.11 leftover that they will hold until we receive the next payment from Claredon and send them more money.

Please advise if this is how this should be handled?

Please advise who should be included in the email loop on questions regarding Cadent reorganization? I am not sure so I am copying everyone I can think of that may have some involvement in this.

Brian

Brian S. Fischer
Sr. Vice President - Insurance
Mirabilis Ventures, Inc.
bfischer@mirabilisventures.com
561 683-5559 ofc
561 683-7415 fax
561 541-2459 cell

3/10/2006                    EXHIBIT "E"

## Frank Hailstones (M)

*[handwritten: FA Notby to MI — told written — by next fridy]*

| | |
|---|---|
| **From:** | Brian Fischer |
| **Sent:** | Thursday, March 09, 2006 3:18 PM |
| **To:** | Hans Beyer |
| **Cc:** | Frank Hailstones (M); Paul Glover; Allen Archer; Richard Berman; Shane Williams |
| **Subject:** | Cadent - Reorganization |
| **Importance:** | High |

Hans,

We are pending a wire transfer from Claredon in the amount of $327,236.36 for Med Impact. My understanding is we are going to pay Med Impact current charges and plan for back owed. Here is the current Med Impact arrearage;

```
CHS02 50641  I  -147,251.42 02/23/2006
CHS02 50640  I  -154,535.09 02/09/2006
CHS02 50639  I  -133,331.76 01/26/2006
CHS02 50638  I  -122,120.87 01/12/2006
CHS02 50637  I  -106,794.75 12/28/2005
CHS02 50636  I  -130,217.50 12/15/2005
```

Balance due $794,251.39

*[handwritten: BF } wants to pay new monies to Med - past. Understand, so payment plan for 'new' money can be pay, overdue]*

My understanding is that we are going to pay current monies but ~~nothing towards the arrearage until~~ it is made part of the plan.

Understand that Med Impact pays oldest first and they do not pay until payment for the entire batch is received. This means Med Impact will not pay any further bills until they receive 130,217.50. Once they receive that amount of money, then they will release payment for that billing period. If they receive payment but it does not total an outstanding batch they hold the funds until the full payment is received.

We can pay current bills however, Med Impact will apply the money according to their own policy. Obviously, we do not want to be guilty of what was done in the past in not releasing governmental trust monies. Therefore, I suggest we simply pay them the 327,236.36 when received. They will pay the 12/15 and 12/28 batch of bills and will have 90,224.11 leftover that they will hold until we receive the next payment from Claredon and send them more money.

Please advise if this is how this should be handled?

Please advise who should be included in the email loop on questions regarding Cadent reorganization? I am not sure so I am copying everyone I can think of that may have some involvement in this.

Brian

Brian S. Fischer
Sr. Vice President - Insurance
Mirabilis Ventures, Inc.
bfischer@mirabilisventures.com
561 683-5559 ofc
561 683-7415 fax
561 541-2459 cell

EXHIBIT "E"

# Frank Hailstones (M)

*[handwritten: FA Nothing to MI — hold written — by next Friday.]*

| | |
|---|---|
| **From:** | Brian Fischer |
| **Sent:** | Thursday, March 09, 2006 3:18 PM |
| **To:** | Hans Beyer |
| **Cc:** | Frank Hailstones (M); Paul Glover; Allen Archer; Richard Berman; Shane Williams |
| **Subject:** | Cadent - Reorganization |
| **Importance:** | High |

Hans,

We are pending a wire transfer from Claredon in the amount of $327,236.36 for Med Impact. My understanding is we are going to pay Med Impact current charges and plan for back owed. Here is the current Med Impact arrearage;

```
CHS02 50641  1  -147,251.42 02/23/2006
CHS02 50640  1  -154,535.09 02/09/2006
CHS02 50639  1  -133,331.76 01/26/2006
CHS02 50638  1  -122,120.87 01/12/2006
CHS02 50637  1  -106,794.75 12/28/2005
CHS02 50636  1  -130,217.50 12/15/2005
```

Balance due $794,251.39

*[handwritten annotation: BF — wants to pay to Med 7 past. Understands "overdue," plan payment can be pay "new" monies]*

My understanding is that we are going to pay current monies but ~~nothing towards the arrearage until~~ it is made part of the plan.

Understand that Med Impact pays oldest first and they do not pay until payment for the entire batch is received. This means Med Impact will not pay any further bills until they receive 130,217.50. Once they receive that amount of money, then they will release payment for that billing period. If they receive payment but it does not total an outstanding batch they hold the funds until the full payment is received.

We can pay current bills however, Med Impact will apply the money according to their own policy. Obviously, we do not want to be guilty of what was done in the past in not releasing governmental trust monies. Therefore, I suggest we simply pay them the 327,236.36 when received. They will pay the 12/15 and 12/28 batch of bills and will have 90,224.11 leftover that they will hold until we receive the next payment from Claredon and send them more money.

Please advise if this is how this should be handled?

Please advise who should be included in the email loop on questions regarding Cadent reorganization? I am not sure so I am copying everyone I can think of that may have some involvement in this.

Brian

Brian S. Fischer
Sr. Vice President - Insurance
Mirabilis Ventures, Inc.
bfischer@mirabilisventures.com
561 683-5559 ofc
561 683-7415 fax
561 541-2459 cell

**EXHIBIT "E"**