# Expense Report

| Employee Name | Employee No. | Phone No. | Mail Stop | Department | Page 1 of 1 |
|---|---|---|---|---|---|
| Hans Christian Beyer | | (813) 245-9300 | | Presidion | |
| Reason for Expenditures | | Report Period | | Bill To | |
| Attend meetings with IRS | | From 04/18/2006 to 04/23/2006 | | Mirabilis Ventures | |

## Employee Paid Expenses (to be reimbursed)

| Expenses | Date | Tue 04/18/2006 | Wed 04/19/2006 | Thu 04/20/2006 | Fri 04/21/2006 | Sun 04/23/2006 | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | City | Orlando, FL | Orlando, FL | | Miami, FL | | | | |
| | City | | | | | | | | |
| Airfare/Rail | | | | | | | | | |
| Car Rental | | | | | | | | | |
| Taxi/Bus/Limo | | | | | | | | | |
| Parking/Tolls | | 20.00 | 15.00 | 14.50 | 34.00 | 10.00 | | | 93.50 |
| Mileage | | 37.83 | | 108.14 | 135.73 | | | | 281.70 |
| Breakfast | | | | | | | | | |
| Lunch | | | 27.82 | | | | | | 27.82 |
| Dinner | | 12.50 | | | 79.61 | | | | 92.11 |
| Entertainment | | | | | | | | | |
| Lodging/Room | | | | | 324.21 | | | | 324.21 |
| Porter/Laundry | | | | | | | | | |
| Phone/FAX | | | | | | | | | |
| Postage/Shipping | | | | | | | | | |
| Office Supplies | | | | | | | | | |
| Seminar/Conference | | | | | | | | | |
| Miscellaneous | | | | | 18.18 | | | | 18.18 |
| Daily Totals | | 70.33 | 42.82 | 122.64 | 456.00 | 145.73 | | | 837.52 |

## Company Paid Expenses

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Airfare/Rail | | | | | | | | | |
| Car Rental | | | | | | | | | |
| Lodging/Room | | | | | | | | | |
| Miscellaneous | | | | | | | | | |
| Daily Totals | | | | | | | | | |

## *Detailed Descriptions

| Date | Expense | Description | Amount |
|---|---|---|---|
| | | | |

## Meals and Entertainment Detail

| Date | Place | People/Relationship | Business Purpose | Amount |
|---|---|---|---|---|
| 04/19/2006 | O'Boys Bar B Q | Myers, Dan/CFO/Mirabilis Ventures, Inc. | Discuss presidion tax issues | 27.82 |
| 04/21/2006 | Sushi Maki | Hankin, Chad/President/Real Estate Clearinghouse | Global expansion - FL RE Invest | 79.61 |

## Mileage Log

| Date | Description | Miles | Rate | Amount |
|---|---|---|---|---|
| 04/18/2006 | Tampa, FL to Orlando, FL | 85 | 0.445 | 37.83 |
| 04/20/2006 | Orlando, FL to Ft. Lauderdale | 215 | 0.445 | 95.68 |
| 04/20/2006 | Ft. Lauderdale to Miami, FL | 28 | 0.445 | 12.46 |
| 04/23/2006 | Miami, FL to Tampa, FL | 305 | 0.445 | 135.73 |

I certify that the information provided above is an accurate record of expenses incurred by me.

Employee Signature: H.C.B. Date: 5/18/06
Authorization Signature: Date:
Authorization Signature: Date:

| | |
|---|---|
| Total Expenses: | 837.52 |
| Less Company Paid: | |
| Less Co. Paid Personal: | |
| Less Cash Advance: | |
| Due Company: | |
| Due Employee: | 837.52 |

IPXA1201 05/09/96

# DESERT VALLEY AVIATION
## FLIGHT LOG

0131

| NAME | TOTAL TIME | | | N 4488W | TYPE: |
|---|---|---|---|---|---|
| | FAA | NIGHT | INST | DATE: 5/16/06 | |
| CAPTAIN Brownell | : | : | : | HOBBS IN: | INSPECTION DUE: |
| FIRST OFFICER Gluck | : | : | : | HOBBS OUT: | OIL CHANGE DUE: |
| INSTRUCTOR | : | : | : | TODAY: | |
| CHECK AIRMAN | : | : | : | | |

| | TIME | | | | CYCLES | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | AIRCRAFT TOTAL | LEFT ENGINE S.M.OH | RIGHT ENGINE S.M.OH | LANDING GEAR | FLAPS | L-ENG | R-ENG | L-TR | R-TR |
| FORWARD | 4404:8 | 4377:1 | 4379:1 | 4253 | | 3891 | 3885 | | |
| TODAY | 2:0 | 2:0 | 2:0 | 3 | | 3 | 3 | | |
| TOTAL | 4406:8 | 4379:1 | 4381:1 | 4256 | | 3894 | 3888 | | |
| FROM | ORL | TPA | ORL | | FLIGHT NUMBER: | | | | |
| TO | TPA | ORL | RIC | | | | | | |
| RAMP ARRIVAL | | | | | PASSENGERS | | | | |
| RAMP DEPARTURE | | | | | (1) Frank Amodeo (6) | | | | |
| TRIP TIME | : | : | : | : | (2) Hans Beyer (7) | | | | |
| NIGHT | : | : | : | : | (3) Rick Sams (8) | | | | |
| INSTRUMENT | : | : | : | : | (4) (9) | | | | |
| LANDING TIME | | | | | (5) (10) | | | | |
| TAKEOFF TIME | | | | | REMARKS: | | | | |
| AIRCRAFT ENGINE LOG TIME | 0:5 | 0:3 | 1:2 | : | FLIGHT NUMBER: | | | | |
| TYPE INSTRUMENT APPROACH | | | | | PASSENGERS | | | | |
| FUEL PURCHASED - GALLONS | | | | | (1) Frank Amodeo (6) | | | | |
| FUEL PRICE PER GALLON | | | | | (2) Hans Beyer (7) | | | | |
| TOTAL FUEL CHARGES | | | | | (3) Rick Sams (8) | | | | |
| CREDIT CARD USED | | | | | (4) (9) | | | | |
| TIME DATA RECORDED | | | | | (5) (10) | | | | |
| ALTITUDE FLIGHT LEVEL | | | | | REMARKS: | | | | |
| AIRSPEED - KNOTS/MACH | | | | | | | | | |
| OUTSIDE AIR TEMP C | | | | | FLIGHT NUMBER: | | | | |
| OIL ADDED / OIL LEVEL | | | | | PASSENGERS | | | | |
| EGT / TIT / TGT / ITT | | | | | (1) Empty (6) | | | | |
| TORQUE / EPR | | | | | (2) (7) | | | | |
| RPM / N2 | | | | | (3) (8) | | | | |
| MAINFOLD PRESSURE / N1 | | | | | (4) (9) | | | | |
| FUEL FLOW - GPM / PPM | | | | | (5) (10) | | | | |
| OIL TEMPERATURE | | | | | REMARKS: | | | | |
| OIL PRESSURE | | | | | | | | | |
| CYLINDER MEAD TEMP | | | | | FLIGHT NUMBER: | | | | |
| SUCTION - PNEUMATIC | | | | | PASSENGERS | | | | |
| DEICE FLUID - OXYGEN | | | | | (1) (6) | | | | |
| AMPS & VOLTS, D.C. | | | | | (2) (7) | | | | |
| INVERTER / REGULATOR 1 & 2 | | | | | (3) (8) | | | | |
| PROPELLER HEAT | | | | | (4) (9) | | | | |
| DIFFERENTIAL PRESSURE | | | | | (5) (10) | | | | |
| MILEAGE - STATUTE MILES | | | | | REMARKS: | | | | |
| VOR CHECK | #1 | #2 | LOCATION | DIFFERENCE | | | | | |

COMMENTS:
#1, #2 Mirabilis
         Flight Log
3 Add to #132 for flight
from RIC-CLT-ORL
        → Nexia

AIRPORT IDENTIFIERS
TPA — Tampa Intl
RIC — Richmond, VA

SIGNATURE