# Mirabilis Ventures, Inc.
# Find Report
# All Transactions

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 9/29/2006 | 10967 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 31,477.35 | -31,477.35 |
| Bill Pmt -Check | 9/13/2006 | 10914 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 40,000.00 | -71,477.35 |
| Check | 7/28/2006 | 10842 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 7100 · Legal & Accounting | | 39,108.50 | -110,585.85 |
| Check | 5/25/2006 | 10666 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | -SPLIT- | | 30,622.90 | -141,208.75 |
| Check | 5/18/2006 | 328 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 30,000.00 | -171,208.75 |
| Check | 3/27/2006 | 3-27 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 1154 · Due from Cadent A... | | 15,000.00 | -186,208.75 |
| Check | 3/24/2006 | 10484 | Saxon Gilmore ... | Legal Fees | 1095 · Mirabilis ... | | 7100 · Legal & Accounting | | 15,000.00 | -201,208.75 |
| Bill Pmt -Check | 3/7/2006 | 277 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 7,483.19 | -208,691.94 |
| Bill Pmt -Check | 12/28/2005 | 221 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 2,243.50 | -210,935.44 |
| Check | 12/28/2005 | 220 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 439.16 | -211,374.60 |
| Check | 10/20/2005 | 175 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 5,000.00 | -216,374.60 |
| Check | 10/20/2005 | 173 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 1811 · Hudson Nursery | | 45,000.00 | -261,374.60 |
| Check | 10/20/2005 | 174 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 10,000.00 | -271,374.60 |
| Total | | | | | | | | 0.00 | 271,374.60 | -271,374.60 |

EXHIBIT "H"