UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re ) <br> ) <br> MIRABILIS VENTURES, INC., ) <br> ) <br> Debtors. ) <br> ) | Case No. 6:08-bk-04327-KSJ <br> Chapter 11 |
| ) <br> MIRABILIS VENTURES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BUCHANAN, INGERSOLL & ROONEY, ) <br> P.L., ) <br> SAXON, GILMORE, CARRAWAY, ) <br> GIBBONS, LASH & WILCOX, P.A., AND ) <br> HANS C. BEYER, ) <br> ) <br> Defendants. ) <br> ) | Adversary Proceeding 6:08-ap-227 |

ORDER DENYING
<u>DEFENDANTS' MOTION TO DISMISS</u>

This adversary proceeding came on for hearing on June 30, 2009, to consider the defendants' Motion to Dismiss Adversary Proceeding (Doc. No. 27). Consistent with the Memorandum Opinion Denying Defendants' Motion to Dismiss, it is

ORDERED:

1. The Motion to Dismiss (Doc. No. 27) is denied.

2. Defendants are directed to answer the plaintiff's amended complaint within twenty (20) days of the entry of this order.

3. A pretrial conference is scheduled for **2:00 p.m. on August 26, 2009**, at the United States Bankruptcy Court, 5th Floor, Courtroom B, 135 W. Central Blvd., Orlando, Florida 32801.

DONE AND ORDERED in Orlando, Florida, this 12th day of August, 2009.

KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies furnished to:

Plaintiff: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 Maitland Blvd., Suite 210, Maitland, FL 32751

Attorney for Plaintiff: Elizabeth A. Green, Latham Shuker Eden & Beaudine LLP, 390 N. Orange Avenue, Suite 600, Orlando, FL 32801

Defendant: Buchanan, Ingersoll & Rooney, P.L., SunTrust Financial Centre, 401 E. Jackson Street, Suite 2500, Tampa, FL 33602-5236

Defendant: Saxon Gilmore Carraway Gibbons Lash & Wilcox, PA, 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602

Defendant: Hans Christian Beyer, Saxon, Gilmore, et al., 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602

Attorney for Defendants: David B. King, King Blackwell Downs & Zehnder PA, 25 E. Pine Street, Orlando, FL 32801

Attorney for Defendants: Joseph H. Varner, III, Holland & Knight, LLP, 101 North Tampa Street, Suite 4100, Tampa, FL 33602