UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,

Debtor.
_____/

MIRABILIS VENTURES, INC.

Plaintiff,

v.

SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH & WILCOX, P.A.; and HANS C. BEYER, an
individual an as Attorney/Agent with SAXON,
GILMORE, CARRAWAY, GIBBONS, LASH
AND WILCOX,

Defendants.
_____/

Case No. 6:08-bk-04327-KSJ
Chapter 11

Adv. Pro. No. 6:08-ap-227-KSJ

## PLAINTIFF AND DEFENDANTS' STIPULATED MOTION TO WITHDRAW REFERENCE AND TRANSFER ACTION

Plaintiff and Defendants stipulate and move on the following grounds for an order withdrawing the reference for this adversary proceeding and transferring the matter to the District Court for all further proceedings:

1. Plaintiff has filed this adversary proceeding against Defendants, alleging professional negligence and related tort actions.

2. On March 18 2009, Plaintiff filed its amended complaint. Defendants filed a motion to dismiss on April 15, 2009. The Bankruptcy Court denied Defendants' motion to dismiss in an order dated August 12, 2009.

3. On September 1, 2009, Defendants filed their answer and demanded a jury trial.

4. Plaintiff and Defendants agree that the reference should be withdrawn and that this matter should be transferred to the District Court for all further proceedings, for the following reasons:

a. Adjudication of Plaintiff's claims in the District Court will be more efficient than adjudication of the claims in the Bankruptcy Court.

b. Defendants have demanded a jury trial.

c. Withdrawal of the reference will not cause undue delay and, to the contrary, will likely reduce any delay in adjudicating Plaintiff's claims.

d. Plaintiff has filed three other adversary proceedings presenting claims similar to those in this case and arising from or relating to the same facts underlying Plaintiff's claims in this action. Those actions have all been transferred to the District Court. (*Mirabilis Ventures, Inc. v. Rachlin Cohen & Holtz, LLP, et al.*, Dist. Ct. Case No. 09-271; *Mirabilis Ventures, Inc. v. James Moore & Co., P.L., et al.*, Dist. Ct. Case No. 09-176; *Mirabilis Ventures, Inc. v. Berman, et al.*, Dist. Ct. Case No. 09-175)

FOR THE FOREGOING REASONS, Plaintiff and Defendants stipulate and jointly request that the District Court withdraw the reference to the Bankruptcy Court and transfer this action to the District Court for all further proceedings.

| | |
|---|---|
| /s/R. Scott Shuker | /s/Joseph H. Varner, III |
| R. Scott Shuker | Joseph H. Varner, III |
| Florida Bar No. 984469 | Florida Bar No. 394904 |
| Latham, Shuker, Eden & Beaudine, LLP | joe.varner@hklaw.com |
| P.O. Box 3353 | HOLLAND & KNIGHT LLP |
| Orlando, FL 32802-3353 | P.O. Box 1288 |
| Telephone: 407-481-5800 | Tampa, FL 33601-1288 |
| Attorneys for Plaintiff | (813) 227-8500 |
| | Attorneys for Saxon, Gilmore, Carraway, & Gibbons, P.A. and Hans C. Beyer |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2009, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

R. Scott Shuker
Florida Bar No. 984469
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353
Telephone: 407-481-5800
Attorneys for Plaintiff

                                            /s/Joseph H. Varner, III
                                            Attorney

# 8913490_v1 111882-2